**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHRISTINA C.,<br>Plaintiff,<br>v. | : | CIVIL ACTION |
| FRANK BISIGNANO,<br>Commissioner of Social Security,<br>Defendant. | : | No. 25-7120 |

## ORDER

**AND NOW,** this 7th day of August, 2026, upon consideration of my previous Show Cause Order (ECF No. 16), and Plaintiff's failure to respond, it is hereby **ORDERED** that the above-captioned matter is **DISMISSED without prejudice for failure to prosecute**. *See* FED. R. CIV. P. 41(b). The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

*s/Pamela A. Carlos*
PAMELA A. CARLOS
U.S. Magistrate Judge